# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129928

KRISTIN BELOTE,
      Plaintiff-Appellant,

v

                                    SC: 129928
                                    COA: 262591
                                    Oakland CC: 2004-057964-NI

KEITH STRANGE,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006                                    _____

d0510                                              Clerk